# EXHIBIT A

# SETTLEMENT AGREEMENT AND RELEASE OF CLAIM

This Agreement is entered into by Christopher Coleman (Plaintiff) and City of Cairo, IL (Defendant).

## RECITALS

Plaintiff filed a Complaint with the Southern District of Illinois, Case No. 3:16-cv-00672-DGW against Defendant alleging violations of the Fair Labor Standards Act of 1938, as amended.

The parties with to avoid the expense and disruption of further litigation between them, by amicably entering into this full and final settlement agreement.

As specified below, the Agreement takes effect on the date both of the parties sign a copy of the Agreement (the "Effective Date").

In consideration of the mutual promises and obligations set forth below and for good consideration, the sufficiency of which is hereby acknowledged, Plaintiff and Defendant hereto agree as follows:

1. **Settlement.** Defendant agrees to pay the following: 1) to Christopher Coleman: $2,000 paid in equal installments over 2 months and allocated in equal amounts as wages and liquidated damages; and 2) to Mahany Law: $5,000 in attorney's fees and costs paid over 7 months. All payments attributable to wages will be with tax withholdings and a form W-2 will be issued. All other payments will be without tax withholdings and a form 1099 will be issued. Time is of the essence with regard to settlement payment dates. All payments will be delivered to Mahany Law PO Box 511328, Milwaukee, WI 53203 and made payable as follows:
    i. Within one month of the Effective Date of this agreement: $1,000 (gross) wages to Christopher Coleman
    ii. Within two months of the Effective Date of this agreement: $1,000 liquidated damages to Christopher Coleman
    iii. Within three months of the Effective Date of this agreement: $1,000 as attorney's fees and costs to Mahany Law
    iv. Within four months of the Effective Date of this agreement: $1,000 as attorney's fees and costs to Mahany Law

1

      v. Within five months of the Effective Date of this agreement: $1,000 as attorney's fees and costs to Mahany Law

      vi. Within six months of the Effective Date of this agreement: $1,000 as attorney's fees and costs to Mahany Law

      vii. Within seven months of the Effective Date of this agreement: $1,000 as attorney's fees and costs to Mahany Law

2. **Missed payment.** If Defendant fails to make any of the above payments within the time periods specified, then it is agreed that the Plaintiff is entitled to a judgment for breach of this Agreement of the unpaid amount due under this Agreement, plus the actual attorney fees and costs and disbursements incurred as a result of any breach of this Agreement. If is agreed that such a claim/judgment would not be dischargeable in bankruptcy pursuant to 11 U.S.C. sec (a)(2)(A) and 11 U.S.C. sec. 523(a)(6).

3. **Dismissal of Pending Litigation.** Within ten (10) days of the Effective Date of this Agreement, Plaintiff agrees to prepare, sign and file a Joint Motion to Dismiss case with the court retaining jurisdiction for the limited purpose of enforcing the settlement agreement and Defendant agrees to support and take all measures necessary to obtain the court's approval of the Motion to Dismiss.

4. **Release of Claim.** In consideration of the benefits to be provided under this Agreement, Plaintiff hereby releases Defendants from any unpaid wage claim under the Fair Labor Standards Act of 1938; 29 U.S.C. sec. 201 et seq. and the Illinois Wage Payment and Collection Act 820 ILCS 115 and any other federal, state or local statute, ordinance or regulation dealing in any respect with overtime payments, wage payments, and wage collection. Nothing in this agreement is intended to release any non-wage claim against Defendant, including but not limited to an illegal termination claim and claim for back wages after Plaintiff's termination. The parties agree and stipulate that there is a dispute about the monies owed to Plaintiff and that the amounts set forth in this Agreement constitute full payment for all overtime wages due and owing by Defendant to Plaintiff.

5. **Severability.** If for any reason a court, arbitrator or administrative agency of competent jurisdiction finds any provision of this Agreement to be unenforceable, the offending provision will be deemed amended to the extent necessary to conform to applicable law.

6. **Entire Agreement.** This Agreement constitutes the entire Agreement related to all matters mentioned herein and supersedes all prior correspondence, discussions, and understandings for the resolution of such matters.

7. **Counterparts.** This agreement is valid if signed in counterparts. A facsimilia and/or e-mail version of this agreement shall be as valid as the original.

8. **Acknowledgement:** By signing this Agreement, Plaintiff and Defendant acknowledge and agree:

    a. That they have read this Agreement and fully understand the terms and conditions of the Agreement, which are contractual and not a mere recital;

    b. That Plaintiff has not relied upon any statement or representation made by or on behalf of Defendant other than as set forth in this Agreement, but wholly upon their own judgment, belief, and knowledge and the advice of their own attorney or any other advisers of their choice;

    c. That Plaintiff is signing this Agreement has his free and voluntary choice after having had the opportunity to consider all alternatives and to discuss the arrangement agreed upon as set forth above with his own attorney and any other advisers of his choice;

    d. That under the terms of this Agreement, Plaintiff is receiving consideration in addition to anything of value to which he was already entitled; and,

    e. That Plaintiff has been advised in writing to consult with an attorney prior to signing this Agreement.

In witness, whereof, Parties are signing duplicated copies of this agreement of the dates shown below.

Christopher Coleman
Sign: _____
Date: _____

City of Cairo, IL
Sign: *[signature]*
Print: Tyrone Coleman
Title/Position: Mayor
Date: 03-09-17

3

    c. That Plaintiff is signing this Agreement has his free and voluntary choice after having had the opportunity to consider all alternatives and to discuss the arrangement agreed upon as set forth above with his own attorney and any other advisers of his choice;

    d. That under the terms of this Agreement, Plaintiff is receiving consideration in addition to anything of value to which he was already entitled; and,

    e. That Plaintiff has been advised in writing to consult with an attorney prior to signing this Agreement.

In witness, whereof, Parties are signing duplicated copies of this agreement of the dates shown below.

Christopher Coleman
Sign: *Christopher M. Coleman* (signature)
Date: 03/27/2017

City of Cairo, Il
Sign: _____
Print: _____
Title/Position: _____
Date: _____